IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

NOV 1 8 2019

Clerk, U.S. District Court
By \_\_MAM\_\_ Deputy Clerk

CARLA M. HOBBS  )
_____  )
_____  )
(Enter above the full name of the Plaintiff(s)  )
  )
vs.  )   Case Number **6:19-cv-01307-KHV-KGG**
  )
See Attached  )
Name  )
_____  )
Street and number  )
_____  )
City          State          ZipCode  )

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.  Name of plaintiff  Carla M. Hobbs

Address  340 South 162nd Street West

Goddard, KS 67052

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

    B.    Defendant Erna Loomis is

            employed at Kansas Department of Children and Families (DCF)

*note: All defendants in thier offical capateities*

    C.    Additional Defendants Melissa Henning, employed at Kansas Department of Labor; Dustin McCown, employed by Saint Francis Community Services Korby Hershaw, employed by U.S. Dept. of Health and Human Services

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

    A. (If Applicable) Diversity of citizenship and amount:
        1.    Plaintiff is a citizen of the State of _____.
        2.    The first-named defendant above is either
            a.  a citizen of the State of _____; or
            b.  a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

        3. The second-named defendant above is either
            a.  a citizen of the State of _____; or
            b.  a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☑ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title __42__, Section __1983__.

☑ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☑ 3. Other grounds (specify and state any statute which gives rise to such grounds):

US Code, Title_42, Section 1985

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Upon information and belief, DCF, KDOL, and HHS acting in concert, and based upon fraudulent information provided by Dustin McCown and others did deprive me of my rights protected under the Constitution by forcing the closure of my businesses with no due process of law, taking by such actions based on my race and my whistleblower complaints of McCown's fraudulent acts. (See attached.)

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Compensation for ALL losses. Suspend any and all malicious prosecution.

Restoration of business licenses.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]   No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [X]   No [ ]

VII. Do you claim punitive monetary damages?   Yes [X]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Defendants' actions caused me to lose my businesses which had potential to make $113,000 a month for a total of $2,712,000. Also caused me to lose my facility properties which totaled $420,000. Also lost opportunity to pursue bid on a $30M contract, which I had a great likelihood of being awarded.

Seeking punitive damages for violating whistleblower protections and maliciously violating civil rights and discriminatory practices based upon my race and gender

VIII.   Administrative Procedures:

   A.   Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
   Yes ☐   No ☒

   B.   If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

   _____

   _____

   _____

   C.   If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

   <u>Court advised that the administrative courts cannot hear equity claims.</u>

   _____

   _____

IX.   Related Litigation:

   Please mark the statement that pertains to this case:

   ☐   This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

   ☑   Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

   _____
   Signature of Plaintiff

   Carla M Hobbs
   Name (Print or Type)

   340 S 162nd St W
   Address
   Goddard, KS 67052

5

_____
City          State          Zip Code

_____
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [X] Wichita, [ ] Kansas City, or [ ] Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { [X] Yes or [ ] No }
(Select One)

_____
Signature of Plaintiff

Dated: _____
(Rev. 10/15)

## DEFENDANTS

Erna Loomis
Kansas Department for Children and Families ("DCF")
555 S Kansas Avenue
Topeka, KS 66603
Telephone: (785) 296-6590

Melissa Henning
Kansas Department of Labor ("KDOL")
401 SW Topeka Blvd
Topeka, KS 66603

Dustin McCown
Saint Francis Community Services
3641 SW Plass Ave.
Topeka, KS 66611

Korby Hershaw
U.S. Department of Health and Human Services ("HHS")
Office of Inspector General
1201 Walnut Street, Suite 920
Kansas City, MO 64106

## FACTUAL BACKGROUND

- Ms. Hobbs, an African American female, was the first black woman to own and operate three youth residential facilities in the state of Kansas.

- Ms. Hobbs enjoyed a great business reputation and good success rate.

- Throughout the course of her business, Ms. Hobbs endured repeated sexual comments from Saint Francis worker Dustin McCown, who was responsible for Provider Contracts.

- In addition to making comments, McCown also sexually assaulted (physically touched) Ms. Hobbs on numerous occasions.

- McCown had been receiving kickbacks from Saint Francis. (Medicaid Fraud)

- McCown made numerous requests for Ms. Hobbs to violate DCF policies. McCown complained that Ms. Hobbs was "fucking up [his] bonus" and threatened to negatively affect her business when she failed to comply.

- In fear of a negative impact on her business, Ms. Hobbs reported McCown's sexual abuse, as well as his Medicaid fraud to DCF.

- In retaliation, McCown initiated (or caused) multiple salacious complaints against Ms. Hobbs and her facilities.

- As a result, Saint Francis failed to compensate Ms. Hobbs for her services, forced her to pay cash for her residents' medical expenses, and various other violations of policy and civil rights.

- Ms. Hobbs was publicly accused of human trafficking, prostitution, drug trafficking, sexual abuse, physical abuse, theft, Medicaid fraud, etc. None of which was substantiated.

- Instead of assisting Ms. Hobbs, DCF through its agent Erna Loomis, harassed and fraudulently deprived Ms. Hobbs of her ability to do business by suspending her business license without affording her due process of law, based upon Ms. Hobbs race and gender.

- Melissa Henning, KDOL's agent, harassed and presented fraudulent information to KDOL causing thousands of dollars in penalties and fines to be assessed. Then used those assessments as evidence to deprive Ms. Hobbs of her ability to conduct business. All without due process of law and based upon Ms. Hobbs race and gender.

- HHS, through is agent Korby Hershaw pursued Ms. Hobbs based upon her race and gender. He disseminated numerous false statements regarding Ms. Hobbs.

- Hershaw accused another black woman who was a KDOL employee of being a co-conspirator with Ms. Hobbs and attempted to coerce her to make false statements against Ms. Hobbs.

- KDOL even shamed one of their own African American employees by implicating and connecting her with the false claims with Ms. Hobbs; depicting that all Black Women are Drug Dealers and are connected with Human – Trafficking/ Prostitution, and Fraud; rather than acting within the scope of their duties to resolve any alleged civil penalties owed by Ms. Hobbs and her facilities.

- KDOL, DCF, and HHS acted in concert in conspiracy to deprive a black female of her constitutional rights. Each party committed overt acts in furtherance of such conspiracy

- As detailed herein, Ms. Hobbs suffered substantial losses due to the actions of the Defendants